

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2018

No. 04-18-00050-CV

**IN THE INTEREST OF E.M.M., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01731
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file the appellee's brief is granted. We order the appellee's brief is due on April 17, 2018.

It is so **ORDERED** on this 4th day of April, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court